# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 22, 2016

## NO. 03-16-00049-CV

**Betty Sampleton, Appellant**

**v.**

**Federal National Mortgage Association, a/k/a Fannie Mae, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the trial court on January 12, 2016. Having reviewed the record, the Court holds that appellant has not prosecuted her appeal and did not file a brief, nor comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.